**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 13-30285 |
| Plaintiff - Appellee, | D.C. No. 1:13-cr-00035-SEH |
| v. | |
| ARIK ALAN MACBLANE, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Montana
Sam E. Haddon, District Judge, Presiding

Submitted May 13, 2014[**]

Before:    CLIFTON, BEA, and WATFORD, Circuit Judges.

Arik Alan MacBlane appeals from the district court's judgment and

challenges his guilty-plea conviction and 86-month sentence for conspiracy to

possess with intent to distribute and distribution of methamphetamine, in violation

of 21 U.S.C. § 846.  Pursuant to *Anders v. California*, 386 U.S. 738 (1967),

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

MacBlane's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. MacBlane has filed a pro se supplemental brief. No answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED**.

**AFFIRMED.**